CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
3/27/2024
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| NA'STARJA S., | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| | ) Civil Action No: 6:22-cv -00052 |
| v. | ) |
| | ) |
| MARTIN O'MALLEY, | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
|    Defendant. | ) |

### JUDGMENT ORDER

The Court, having separately entered an Opinion and Order adopting the Report and Recommendation, denying Plaintiff's motion for summary judgment, granting the Commissioner's motion for summary judgment, and affirming the decision of the Commissioner; further **ORDERS** that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure and this case is **STRICKEN** from the Court's active docket.

                    Entered:  March 27, 2024

                    *Robert S. Ballou*

                    Robert S. Ballou
                    United States District Judge